UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STACY DREIFKE,

              Plaintiff,

    vs.                              Case No. 18-CV-00501

DWM LLC d/b/a DAYS INN,

              Defendant.

## STIPULATION FOR DISMISSAL

WHEREAS, the parties to the above-captioned matter have reached a full and complete agreement resolving the above-captioned dispute in its entirety. The parties, by their respective counsel, hereby stipulate to the dismissal of the above-captioned matter on its merits, with prejudice, and without costs to either side.

Dated:  August 28, 2018

/s David C. Zoeller

HAWKS QUINDEL, S.C.
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
Caitlin M. Madden, State Bar No. 1089238
Email: cmadden@hq-law.com
409 E. Main Street
Madison, WI  53701
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

Attorneys for Plaintiff

Dated:  August 28, 2018

/s Christopher L. Nickels

QUARLES & BRADY LLP
Christopher L. Nickels, State Bar No. 1083481
christopher.nickels@quarles.com
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI  53202
Telephone: (414) 277-5000
Facsimile:  (414) 271-3552

Attorneys for Defendant